# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL ALVAREZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>W. L. MONTGOMERY, Warden,<br><br>　　　　　Respondent. | CASE NO. 2:17-cv-07838-GW (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Petition as Untimely, **IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed and the action dismissed with prejudice.

DATED: January 12, 2018

　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　HON. GEORGE H. WU
　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE